LILLIAN BECKER, PROSECUTRIX, v. NATHAN ROSENFELD, JUSTICE OF THE PEACE, DEFENDANT.

Argued January 21, 1931—Decided February 6, 1931.

Before Justices PARKER, CAMPBELL and BODINE.

For the prosecutrix, *Kass & Kass*.

PER CURIAM.

The conviction was not returned with the writ.

The writ will therefore be dismissed.